Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Larry Crawford                                    )
                                                  )
                                                  )
Plaintiff

                              vs.                 )    Case Number: 17-4026
                                                  )
Illinois Department of Corrections; Craig Findley; Ed Bowers; Edith Crigler;   )
Salvador Diaz; Gary Duncan, Pete Fisher; D Wayne Dunn; Vonetta Harris; Thomas  )
L. Johnson; Daryl J Jones; Thomas J. Kelly; Carol C. Kirbach; Pat Lonkas; Simeon
B. Nackov; Jennifer B. Vesely;   S A Godinez;   D. Edwards; Tim Clow; Michael
Davey; Angeline Stnaislaus; Office of the Illinois Attorney General; Joelle T.
Marasco

Defendant

## JUDGMENT   IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed for failure to state a claim pursuant to Fed. R. Civ. Proc. 12(b)(6) and 28 U.S.C. Section 1915A.

**Dated: 4/27/2017**


                                        s/ Kenneth A. Wells
                                        Kenneth A. Wells
                                        Clerk, U.S. District Court